UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOEL IRIZARRY,

                Petitioner,

      -against-

DUKE TERRELL, Warden,

                Respondent.
------------------------------------------------------------x

**TRANSFER ORDER**
10-CV-3041 (KAM)

DOCKET & FILE

MATSUMOTO, United States District Judge:

      Petitioner Joel Irizarry, currently incarcerated at the Metropolitan Detention Center, brings this petition *pro se* for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks a reduction of his February 24, 2009 sentence stemming from his guilty plea in the United States District Court for the Western District of New York.[1] Because petitioner is challenging his sentence, the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of New York. 28 U.S.C. § 1406(a). The provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven-day delay is waived. The Clerk of Court is directed to close this case.

SO ORDERED.

                                                /S/
                                           Kiyo A. Matsumoto
                                           United States District Judge

Dated: Brooklyn, New York
        July 12, 2010

---

[1] Petitioner's Bureau of Prisons "register number" indicates that he was sentenced in the United States District Court for the Western District of New York.